UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CARMEN GILBRETH,<br><br>　　　　　　　　Defendant. | Case No. 21-20393<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

**MAGISTRATE JUDGE'S REPORT, FINDINGS, AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

　　　　This case was referred to the undersigned under 28 U.S.C. §§ 636(b)(1)(B) and 636(b)(3) to receive, on consent of the parties, the defendant's offer of a plea of guilty.  The defendant and her counsel appeared before me on December 13, 2022 and plead guilty to count 1 of the superseding indictment.  In open court, I examined the defendant under oath, confirmed the defendant's consent, and then advised and questioned defendant as prescribed by Federal Rule of Criminal Procedure 11(b).

　　　　Based on the defendant's answers and demeanor, **I FIND** (1) that the defendant is competent to enter a plea; (2) that the defendant's plea is entered knowingly, intelligently, and voluntarily, without coercion; and (3) that the

offense(s) to which the defendant pleaded guilty is(are) supported by an independent basis in fact containing each of the essential elements of the offense.

For the reasons set forth above, **IT IS RECOMMENDED** that, subject to the Court's consideration of the plea agreement under Rule 11(c), the defendant's plea be accepted, and the defendant be adjudged guilty.

Dated: December 15, 2022

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains. Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each

issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.  The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation.  If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 15, 2022.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager